UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH E. ANDERSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Respondent. ) <br> _____) | CASE NO.   C06-208-RSM <br> (CR02-423-JCC) <br><br> ORDER DISMISSING PETITIONER'S <br> PETITION |

The Court, having reviewed petitioner's petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition is DISMISSED without prejudice as premature.

(3) The Clerk is directed to send a copy of this Order to petitioner and to Judge Donohue.

DATED this 17th day of March 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION